1  RALPH A. LOMBARDI, State Bar No. 048217
   ral@llcllp.com
2  LORI A. SEBRANSKY, State Bar No. 125211
   las@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendants
7  MALCOLM M. SYNIGAL, SR. and ANGELA M.
   SYNIGAL
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, a Rhode Island Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MALCOLM M. SYNIGAL, SR., an individual, and ANGELA M. SYNIGAL, an individual, and DANITA KING, an individual,<br><br>Defendants. | Case No.  C-07-5466 JL<br><br>**NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS DECLARATORY RELIEF ACTION**<br><br>Date:     January 23, 2008<br>Time:     9:30 a.m.<br>Judge:    The Honorable James Larsen<br>Courtroom: F, 15th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that on January 23, 2008, at 9:30 a.m., or as soon thereafter as this matter can be heard before The Honorable James Larsen, Courtroom F, located at 450 Golden Gate Avenue, San Francisco, California 94012, defendants Malcolm Synigal and Angela Synigal will move this Court for an order dismissing or, in the alternative, staying this declaratory relief action pursuant to this Court's authority under the Declaratory Judgments Act, 28 U.S.C. §§2201 and 2202.

   This motion is made on the grounds that declaratory relief is inappropriate where, as here, the determination of coverage depends on resolution of factual issues that already are pending in a

30788-37422 LAS 546363.1

NOTICE OF MOTION TO DISMISS
OR STAY C-07-5466 JL

1  parallel state action.  This motion will be based on this notice, the accompanying memorandum of
2  points and authorities, the accompanying declaration of Lori Sebransky (with accompanying
3  exhibits), as well as the pleadings, records and files in this action.

4  Dated:    December 3, 2007                               LOMBARDI, LOPER & CONANT, LLP

6                                                          By:    /s/ Lori A. Sebransky
7                                                              LORI A. SEBRANSKY
                                                               Attorneys for Defendants
                                                               MALCOLM M. SYNIGAL, SR. and
8                                                              ANGELA M. SYNIGAL

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30788-37422 LAS 546363.1                    - 2 -                    NOTICE OF MOTION TO DISMISS OR
                                                                            STAY C-07-5466 JL