United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE CO.<br><br>    Plaintiff,<br><br>    v.<br><br>MALCOLM M. SYNIGAL, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 07 -5466  JL<br><br>CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____          _____
                                                                    Signature

                                                                    Counsel for _____

                                                                    _____

CONSENT                                         1