**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     NORTHERN DISTRICT OF CALIFORNIA
10
11   METROPOLITAN DIRECT PROPERTY          No. C 07-5466 JL
     AND CASUALTY INSURANCE CO.,
12
            Plaintiff,
13                                         REQUEST FOR REASSIGNMENT TO
        v.                                 A UNITED STATES DISTRICT JUDGE
14                                         FOR TRIAL AND DISPOSITION
     MALCOLM M. SYNIGAL, ET AL.,
15
            Defendants.
16   _____/
17
           The undersigned party hereby declines to consent to the assignment of this case to
18
     a United States Magistrate Judge for trial and disposition and hereby requests the
19
     reassignment of this case to a United States District Judge.
20
21
22   Date: _____     _____
23                                         Signature
24
25
26                                         Counsel for _____
27                                         _____
28

     REQUEST                        1