United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11    METROPOLITAN DIRECT PROPERTY          No. C 07 -5466  JL
AND CASUALTY INSURANCE CO.

12

13            Plaintiff,                            CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
14        v.

MALCOLM M. SYNIGAL, ET AL.,
15

16            Defendants.
_____/
17

18        In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party

19    hereby consents to have a United States Magistrate Judge conduct any and all further

20    proceedings in the case, including trial, and order the entry of a final judgment, and

21    voluntarily waives the right to proceed before a United States District Judge. I understand

22    that I am free to withhold consent to jurisdiction of this court and request reassignment to a

23    district judge without adverse substantive consequences.

24

25    Date: 12/11/07                              _____

26                                                Signature

27                                                Counsel for _Defendants_

28                                                _Malcolm Synigal, et. al._