UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> MALCOLM M. SYNIGAL, ET AL., <br><br> Defendants. | No. C 07-5466 JL <br><br> REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: December 12, 2007

*Jeffrey A. Charleston*
Signature

Counsel for Plaintiff
Metropolitan Direct Property and Casualty Insurance Company

REQUEST                                    1