1
2            UNITED STATES DISTRICT COURT
3            NORTHERN DISTRICT OF CALIFORNIA

4  METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

5          Plaintiff(s),                    No. 07-05466 JL

6      v.                                   NOTICE OF IMPENDING
                                            REASSIGNMENT TO A UNITED
7                                           <u>STATES DISTRICT COURT JUDGE</u>

8  MALCOLM M. SYNIGAL SR.

9          Defendant(s).
   _____/
10

11     The Clerk of this Court will now randomly reassign this case to a United States District
12  Judge because either:
13  **XX**   (1)   One or more of the parties has requested reassignment to a United States
14  District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
15         (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary
16  restraining order) that a United States Magistrate Judge may not take without the consent of
17  all parties, the necessary consents have not been secured, and time is of the essence.
18     The **CASE MANAGEMENT CONFERENCE** previously scheduled for January 30, 2008
19  at 10:30 a.m. and motion noticed for January 23, 2008 on Magistrate Judge Larson's calendar
20  will **NOT** be held.
21
22  Dated:  December 13, 2007
23
24
                                    Richard W. Wieking, Clerk
25                                  United States District Court

26                                  *Wings Hom*
                                    _____
                                    By: Wings Hom, Deputy Clerk
27
28

reassig1.DCT                        1