IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MALCOLM M. SYNIGAL, SR., et al.,<br><br>    Defendant.<br>_____ / | No. C 07-05466 WHA<br><br>**CLERK'S NOTICE SCHEDULING MOTION AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

      YOU ARE NOTIFIED THAT the Court has scheduled Defendants' Motion to Dismiss or, in the Alternative, to Stay Action and an Initial Case Management Conference for **January 24, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on December 6, 2007 remain in effect.

Dated: December 17, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Dawn K. Toland
    Courtroom Deputy to the
    Honorable William Alsup