UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Metropolitan Direct Property and
Casualty Insurance Company
    Plaintiff(s),

v.

Malcolm M. Synigal, Sr., Angela
M. Synigal, and Danita King
    Defendant(s).

Case No. C 07-05466 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1-9-2007

                                                 [Party]
                                               Plaintiff

Dated: 1-9-2007

                                               [Counsel]
                                               Counsel for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05