1  Jeffrey A. Charlston (SBN 065427)
   Stephen P. Soskin (SBN: 101389)
2  Thomas S. Flynn (SBN 194231)
   **CHARLSTON, REVICH & CHAMBERLIN LLP**
3  1925 Century Park East, Suite 1250
   Los Angeles, California 90067-2746
4  Telephone: (310) 551-7000
   Facsimile: (310) 203-9321
5
   Attorneys for Plaintiff Metropolitan Direct
6  Property and Casualty Insurance Company

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11  METROPOLITAN DIRECT PROPERTY         CASE NO.:  C 07-05466 WHA
    AND CASUALTY INSURANCE
12  COMPANY, a Rhode Island Corporation,  **PROOF OF SERVICE OF
                                          STIPULATION AND
13              Plaintiff,                [PROPOSED] ORDER
                                          SELECTING ADR PROCESS**
14       v.

15  MALCOLM M. SYNIGAL, SR., an
    individual, and ANGELA M. SYNIGAL,
16  an individual, and DANITA KING, an
    individual,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
1013(a) (3) C.C.P.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067-2746.

  On January 15, 2008, I served the foregoing document described as **PROOF OF SERVICE OF STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action as follows:

  Clarence Livingston, Jr.
  Law Offices of Clarence Livingston, Jr.
  One Kaiser Plaza, Suite 2300
  Oakland, CA 94612

  Attorneys for Defendant DANITA KING

  The documents were served by the following means:

**X** **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X** **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

  Executed on January 15, 2008 at Los Angeles, California.


  _____/S/_____
  Mary Griffin