| | |
|---|---|
| 1 | Jeffrey A. Charlston (SBN 065427) |
|   | Stephen P. Soskin (SBN 101389) |
| 2 | Thomas S. Flynn (SBN 194231) |
|   | **CHARLSTON, REVICH & WOLLITZ LLP** |
| 3 | 1925 Century Park East, Suite 1250 |
|   | Los Angeles, California 90067-2746 |
| 4 | Telephone: (310) 551-7000 |
|   | Facsimile: (310) 203-9321 |
| 5 | E-mail: jcharlston@crwllp.com |
|   |         ssoskin@crwllp.com |
| 6 |         tflynn@crwllp.com |
| 7 | Attorneys for Plaintiff Metropolitan Direct |
|   | Property and Casualty Insurance Company |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, a Rhode Island Corporation, | CASE NO.: C 07-05466 WHA |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESS** |
| v. | |
| MALCOLM M. SYNIGAL, SR., an individual, and ANGELA M. SYNIGAL, an individual, and DANITA KING, an individual, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 16, 2008, Charlston, Revich & Chamberlin LLP changed its name to **Charlston, Revich & Wollitz LLP**.

PLEASE TAKE FURTHER NOTICE that the new e-mail address is **@crwllp.com**.

Please update your system, service list, and records accordingly.

Dated: January 23, 2008        CHARLSTON, REVICH & WOLLITZ LLP
                               THOMAS S. FLYNN

                               By:        /S/
                                   Thomas S. Flynn
                                   Attorneys for Plaintiff Metropolitan Direct
                                   Property and Casualty Insurance Company

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | 1013(a) (3) C.C.P. |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067-2746.

     On January 23, 2008, I served the foregoing document described as **NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESS** on the interested parties in this action as follows:

     Clarence Livingston, Jr.
     Law Offices of Clarence Livingston, Jr.
     One Kaiser Plaza, Suite 2300
     Oakland, CA 94612

     Attorneys for Defendant DANITA KING

     The documents were served by the following means:

**X**    **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X**    **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

     Executed on January 23, 2008 at Los Angeles, California.


     _____/S/_____
     Mary Griffin