UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN DIRECT PROPERTY
AND CASUALTY INSURANCE CO.,

      Plaintiff

v.

MALCOLM M. SYNIGAL, SR., et al.

      Defendant(s).

Case No. C07-5466 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that they have:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 24, 2008

                                      Malcolm M. Synigal, Sr.

Dated: January 24, 2008

                                      Angela M. Synigal

Dated: January 25, 2008

                                      Ralph A. Lombardi
                                      Attorney for Defendants