**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 24, 2008

Case No.  C 07-05466 WHA

Title: METROPOLITAN DIRECT v. MALCOLM SYNIGAL, SR.

Plaintiff Attorneys: Stephen Soskin

Defense Attorneys: Lori Sebransky

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Dfts' Motion to Dismiss or Stay Action - HELD

2)   CMC - NOT HELD

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to **7/17/08 at 11:00 am**   for Further Case Management Conference

Continued to    for Pretrial Conference

Continued to    for Trial


**ORDERED AFTER HEARING:**

Motion to Stay Action is Granted.  Court shall decide whether to lift the stay at the next hearing set for 7/17/08.